| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _mariuky_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) MICHAEL A. SMITH    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Cincinnati Children's Hospital<br>Medical Center LTD Plan<br>c/o Wilmington Trust Company<br>Attn.: Mr. David Young<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0455<br><br>1:12-cv-80 SAS Rule 4.2 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>[Rodney Sq Sta Wilmington DE postmark 2012]<br><br>3. Service Type<br>■ Certified Mail   ☐ Express Mail<br>☐ Registered   ■ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 0080 0001 6714 1000 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |