| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Cunningham  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SdSO |
| 1. Article Addressed to:<br><br>Hartford Life & Accident Ins. Co.<br>Attn.: Legal Dept.<br>690 Asylum Avenue<br>Hartford, CT 06105-3845<br><br>1:12-cv-80 SAS Rule 4.2 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ■ No<br><br>3. Service Type<br>■ Certified Mail  ☐ Express Mail<br>☐ Registered    ■ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 0080 0001 6714 1017 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540