**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| LISA R. DAVANIA | : | ELECTRONICALLY FILED |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:12-CV-0080 |
| | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | : | THE HONORABLE S. ARTHUR SPIEGEL |
| | : | |
| Defendant | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURTS:

Kindly enter my appearance on behalf of Defendant, Hartford Life and Accident Insurance Company.

Date:  February 14, 2012

*s/      Brian P. Downey*
Brian P. Downey (PA 59891)
PEPPER HAMILTON LLP
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, PA 17108-1181
Phone:      (717) 255-1155
Fax:          (717) 238-0575
Email:       downeyb@pepperlaw.com

*Attorneys for Defendant
Hartford Life and Accident Insurance Company*

## CERTIFICATE OF SERVICE

I, Brian P. Downey, hereby certify that on February 14, 2012, a true and correct copy of the foregoing document was filed through the Court's Electronic Case Filing (ECF) system and that the following parties are registered to receive electronic notification of said filing:

>Robert Armand Perez, Sr., Esquire
>The Perez Law Firm Co., L.P.A.
>7672 Montgomery Road #378
>Cincinnati, OH  45236-4204

>*s/     Brian P. Downey*
>Brian P. Downey